JACKSON LEWIS P.C.
CARY G. PALMER (SBN 186601)
NATHAN W. AUSTIN (SBN 219672)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:   (916) 341-0404
Facsimile:    (916) 341-0141

Attorneys for Defendant
SUREPREP LEARNING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFONRIA -- SACRAMENTO DIVISION

| | |
|---|---|
| B. KATHERINE TORRES, on behalf of herself, and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SURE PREP LEARNING, LLC,<br><br>Defendant. | Case No.  2:14-cv-00746-JAM-EFB<br><br>**STIPULATION EXTENDING TIME SERVE INITIAL DISCLOSURES; ORDER THEREON**<br><br>Complaint Filed:   March 21, 2014<br>Trial Date:             TBD |

TO THE CLERK OF THE COURT AND ALL PARTIES/COUNSEL HEREIN:

WHEREAS, Plaintiff B. KATHERINE TORRES and Defendant SURE PREP LEARNING, LLC have Initial Disclosures due to be served on July 7, 2014;

WHEREAS, counsel for Plaintiff and Defendant wish to postpone the preparation and service of their respective Initial Disclosures to continue to engage in settlement discussions;

///

///

///

///

///

///

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective attorneys' of record that the time for service of the parties respective Initial Disclosures shall be extended from July 7, 2014 to July 21, 2014.

**IT IS SO STIPULATED.**

JACKSON LEWIS P.C.

DATE: July 7, 2014                    */s/ Nathan W. Austin*
Cary G. Palmer
Nathan W. Austin
Attorneys for Defendant
SUREPREP LEARNING, LLC


SUNDEEN SALINAS & PYLE

DATE: July 7, 2014                    */s/ Mana Barari*
Hunter Pyle
Mana Barari
Attorneys for Defendant
B. KATHERINE TORRES

**IT IS SO ORDERED:**

DATE: 7/7/2014                    /s/ John A. Mendez
John A. Mendez
United States District Court Judge

2
**STIPULATION EXTENDING TIME SERVE INITIAL DISCLOSURES**
Case No.: 2:14-cv-00746-JAM-EFB