JACKSON LEWIS P.C.
CARY G. PALMER (SBN 186601)
NATHAN W. AUSTIN (SBN 219672)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:   (916) 341-0404
Facsimile:    (916) 341-0141

Attorneys for Defendant
SUREPREP LEARNING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO DIVISION

| | |
|---|---|
| B. KATHERINE TORRES, on behalf of herself, and all other similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SURE PREP LEARNING, LLC,<br><br>    Defendant. | Case No.  2:14-cv-00746-JAM-EFB<br><br>**STIPULATION EXTENDING TIME SERVE INITIAL DISCLOSURES; ORDER THEREON**<br><br>Complaint Filed:   March 21, 2014<br>Trial Date:            TBD |

TO THE CLERK OF THE COURT AND ALL PARTIES/COUNSEL HEREIN:

WHEREAS, Plaintiff B. KATHERINE TORRES and Defendant SURE PREP LEARNING, LLC have Initial Disclosures due to be served on July 21, 2014;

WHEREAS, counsel for Plaintiff and Defendant wish to postpone the preparation and service of their respective Initial Disclosures so that the parties may continue to engage in settlement discussions;

WHEREAS, the parties have exchanged, and anticipate continuing to exchange documents to evaluate the possibility of early resolution of the case;

WHEREAS, counsel for both parties have previously scheduled vacations on and around the date Initial Disclosures are presently due to be served;

///

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective attorneys' of record that the time for service of the parties respective Initial Disclosures shall be extended from July 21, 2014 to August 8, 2014.

**IT IS SO STIPULATED.**

JACKSON LEWIS P.C.

DATE:  July 11, 2014                                 */s/ Nathan W. Austin*
                                                                      Cary G. Palmer
                                                                      Nathan W. Austin
                                                                      Attorneys for Defendant
                                                                      SUREPREP LEARNING, LLC


SUNDEEN SALINAS & PYLE

DATE:  July 11, 2014                                 */s/ Hunter Pyle*
                                                                      Hunter Pyle
                                                                      Mana Barari
                                                                      Attorneys for Defendant
                                                                      B. KATHERINE TORRES


**IT IS SO ORDERED:**

DATE: July 16, 2014                                  **/s/ JOHN A. MENDEZ**
                                                                      John A. Mendez
                                                                      United States District Court Judge