**JACKSON LEWIS P.C.**
CARY G. PALMER (SBN 186601)
NATHAN W. AUSTIN (SBN 219672)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Plaintiff
SUREPREP LEARNING, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| B. KATHERINE TORRES, on behalf of herself, and all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>SURE PREP LEARNING, LLC,<br><br>            Defendant. | Case No.: 2:14-cv-00746-JAM-EFB<br><br>**ORDER TO DISMISS COMPLAINT WITH PREJUDICE AS TO PLAINTIFF, AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>Complaint Filed: March 21, 2014<br>Trial Date: TBD |

1   WHEREFORE, based on the declaration of Plaintiff's Counsel Hunter Pyle, and good cause

2 appearing therefor, and no prejudice apparent to the members of the potential class and/or any other

3 potential plaintiff, IT IS HEREBY ORDERED that the clerk is to order dismissal of the complaint with

4 prejudice as to Plaintiff, and without prejudice as to the members of the putative class and/or any other

5 potential plaintiff.

6 **IT IS SO ORDERED:**

8 DATE: 1/20/2015

/s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court Judge